UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-CV-6696 VBF (SK) | Date | September 15, 2017 |
|---|---|---|---|
| Title | Billy F. Steffey, Jr. v. Steve Langford | | |

Present: The Honorable      Steve Kim

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On September 12, 2017, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has not shown that he exhausted all available remedies. "[C]ourts require that habeas petitioners exhaust all available judicial and administrative remedies before seeking relief under § 2241." *Ward v. Chavez*, 678 F.3d 1042, 1045 (9th Cir. 2012).

Accordingly, Petitioner is ORDERED TO SHOW CAUSE on or before **October 6, 2017** why the Petition should not be dismissed for failure to exhaust available remedies. Petitioner may discharge this order by filing with the Court evidence sufficient to show that he has exhausted all available remedies or that exhaustion would be futile. *See id.*

**Petitioner is advised that the failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute or obey court orders.** If Petitioner no longer wishes to pursue this action, Petitioner may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing the attached "Notice of Dismissal." The Clerk is directed to attach to this Order a Notice of Dismissal Form (CV-009).