JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BILLY F. STEFFEY,<br>　　　　Plaintiffs,<br>　v.<br>STEVE LANGFORD (Warden),<br>　　　　Respondent. | No. LA CV 17-06696-VBF-SK<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Billy F. Steffey.**

　　IT IS SO ADJUDGED.

Dated: March 14, 2018

　　　　　　　　　　　　　　　　　　　／s／ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　Senior United States District Judge